DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

APR 8'10am10:10 USBCEW

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
SCOTT, TODD R

Case No. 06-01093-FLK13

Debtor

### TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $470.14, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| SCOTT, TODD R | 3601 CASTLEVALE RD. #27<br>YAKIMA, WA 98902 | $470.14 |

Dated: March 29, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 487496    4-8-10    $470.14